**MODIFY and AFFIRM; and Opinion Filed August 6, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00155-CR

**DAIRIES DONTAY PHILLIPS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-53989-P**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

Appellant Dairies Dontay Phillips appeals from his conviction for unlawful possession of a firearm by a felon (UPFF). In a single issue, appellant contends the deadly weapon finding included in the trial court's judgment should be struck because the trial court erred in including the deadly weapon finding. We modify the trial court's judgment and affirm as modified.

Appellant was indicted for the offense of UPFF by possessing a firearm after being duly convicted of a felony offense, i.e., possession of a controlled substance, and before the fifth anniversary of his release from confinement for that prior felony conviction. *See* TEX. PENAL CODE ANN. § 46.04(a)(1) (West 2011). The indictment also included one enhancement paragraph that alleged appellant had been previously convicted for the felony offense of possession with

intent to deliver a controlled substance. The indictment did not allege the use or exhibition of a deadly weapon.

In a joint revocation (on two other cases) and plea hearing (on three new cases), appellant waived a jury trial and pleaded guilty to UPFF and pleaded true to the enhancement paragraph. After finding appellant guilty and the enhancement paragraph true, the trial court sentenced appellant to twelve years' imprisonment. The trial court did not orally pronounce a deadly weapon finding.

Because the indictment did not allege the use or exhibition of a deadly weapon, nor did the trial court orally pronounce a deadly weapon finding, we sustain appellant's sole issue. We modify the section of the judgment entitled "findings on deadly weapon" to show "none." TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993) (courts of appeals have authority to modify a judgment); *Estrada v. State*, 334 S.W.3d 57, 63–64 (Tex. App.—Dallas 2009, no pet.) (same).

As modified, we affirm the trial court's judgment.

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

180155F.U05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAIRIES DONTAY PHILLIPS, Appellant

No. 05-18-00155-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-53989-P.
Opinion delivered by Justice Boatright.
Justices Bridges and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Findings on Deadly Weapon" is modified to show "None."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this 6th day of August, 2018.